IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNIVERSITY OF KANSAS and KANSAS ATHLETICS, INC., <br><br>Plaintiffs, <br><br>v. <br><br>LARRY SINKS, CLARK ORTH, LARRY SINKS ENTERPRISES, INC. and VICTORY SPORTSWEAR, L.L.C. (COLLECTIVELY D/B/A JOE-COLLEGE.COM), <br><br>Defendants. | ) ) ) ) ) ) ) Case No. 06-2341 JAR-GLR ) ) ) ) ) ) ) ) |

## PLAINTIFFS' RENEWED MOTION *IN LIMINE* TO EXCLUDE THE SURVEY AND OPINIONS OF JAMES T. BERGER

Plaintiffs University of Kansas and Kansas Athletics, Inc. ("Plaintiffs" or "KU") move this Court to exclude the survey and expert report of Mr. James T. Berger, as well as any testimony or evidence related thereto. For the reasons set forth in the accompanying memorandum, Plaintiffs respectfully request that the Court exclude the survey and report of Mr. Berger because they fail to satisfy the requirements for expert testimony set forth in *Daubert v. Merrell Dow Pharms., Inc.*, 509 U.S. 579 (1993) and their probative value is substantially outweighed by their prejudice to Plaintiffs. Specifically, Mr. Berger's survey was not conducted in accordance with accepted principles of survey research and is so significantly flawed that it is unreliable and likely to mislead the jury.

In support of this motion, Plaintiffs submit their Memorandum in Support of Plaintiffs' Renewed Motion *in Limine* to Exclude the Survey Opinions of James T. Berger, as well as the Declaration of Lauren L. Sullins in support thereof.

{K0302091.DOC; 1}

Respectfully submitted,

By: /s/ Douglas M. Greenwald
Douglas M. Greenwald #12211
McANANY, VAN CLEAVE & PHILLIPS, P.A.
707 Minnesota Avenue, Fourth Floor
P.O. Box 171300
Kansas City, KS 66117
Phone: (913) 371-3838
Fax: (913) 371-4722

Jerre B. Swann (Admitted *pro hac vice*)
William H. Brewster (Admitted *pro hac vice*)
R. Charles Henn Jr. (Admitted *pro hac vice*)
Alicia Grahn Jones (Admitted *pro hac vice*)
KILPATRICK STOCKTON LLP
1100 Peachtree Street, Suite 2800
Atlanta, GA 30309
Phone: (404) 815-6500
Fax: (404) 815-6555

Attorneys for Plaintiffs University of Kansas and Kansas Athletics Inc. and Cross-Claim Defendant, The Collegiate Licensing Company

## CERTIFICATE OF SERVICE

I hereby certify that on June 16, 2008, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to the following:

Mr. Arthur E. Palmer, apalmer@goodellstrattonlaw.com
Mr. Cody G. Robertson, crobertson@goodellstrattonlaw.com
James W. Tilly, jtilly@tilly.com

Attorneys for Defendants

/s/ Douglas M. Greenwald