**CLERK'S COURTROOM MINUTE SHEET**

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| **UNIVERSITY OF KANSAS,**  Plaintiff, | )<br>)<br>) |
| v. | ) **CASE NO. 06-2341-JAR** |
| **LARRY SINKS,**  Defendants. | )<br>)<br>)<br>) |

**Location:** Topeka, Kansas

| | | | |
|---|---|---|---|
| **JUDGE** | Robinson | **DATE:** | 6/23/2008 |
| **DEPUTY CLERK:** | Crawford | **TAPE/COURT REPORTER** | Harris |
| **COUNSEL FOR PLTF.(S)** | Charlie Henn<br>Alicia Hahn | **COUNSEL FOR DEFT.(S):** | James Tilley<br>Cody Robertson |

**CLERK'S MINUTES
LIMINE CONFERENCE**

This matter was before the Court for a motion in limine and pretrial conference. The Court advised the parties of general trial procedures, regarding estimated time of trial and schedule, *voir dire* procedures, and opening statements. Further, the Court heard oral argument on the Motions In Limine filed by the parties. The Court made the following rulings:

1. Plaintiff's Motion in Limine to Exclude Evidence and Arguments Inconsistent with the Court's Summary Judgment Order and the Dismissal of Defendants' Counterclaims and Crossclaim with Prejudice (doc. 273) - GRANTED IN PART AND DENIED IN PART/PARTIALLY UNDER ADVISEMENT.

2. Plaintiff's Motion In Limine (renewed motion in limine) to Exclude the Survey and Opinions of James T. Berger (doc. 275) - GRANTED IN PART BUT OPINION IS LIMITED TO ONLY THOSE SHIRTS SURVEYED OTHERWISE OVERRULED AND DENIED.

3. Plaintiff's Motion in Limine to Exclude the Testimony of Mr. Dean O. Radcliffe and Defendants Evidence of Costs and Deductions (doc. 278) - GRANTED AS IT RELATES TO DEFENDANT ORTH, otherwise GRANTED IN PART AND DENIED IN PART.

4. Plaintiff's Motion in Limine (renewed motion in limine) to Exclude Evidence Concerning Third-Party Use of Plaintiffs' Marks (doc. 281) - GRANTED IN PART AND DENIED IN PART.

5. Defendants' Motion In Limine (doc. 284) - GRANTED IN PART AND DENIED IN PART.