THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF KANSAS and KANSAS ATHLETICS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> LARRY SINKS, CLARK ORTH, and VICTORY SPORTSWEAR, L.L.C. (COLLECTIVELY D/B/A JOE-COLLEGE.COM), <br><br> Defendants. | ) ) ) ) ) ) ) Case No. 06-2341 JAR-GLR ) ) ) ) ) ) ) ) |

**PLAINTIFFS' MOTION FOR
SEIZURE ORDER AND CIVIL CONTEMPT SANCTIONS**

Plaintiffs University of Kansas and Kansas Athletics, Inc. (collectively, "KU") submit this Motion for a Seizure Order and Civil Contempt Sanctions. As more fully set forth in the Memorandum in Support, Defendants Larry Sinks, Clark Orth, and Victory Sportswear, L.L.C. (collectively d/b/a Joe-College.com) are defying this Court's orders by openly displaying and selling apparel that clearly violate this Court's Permanent Injunction and Judgment.

Plaintiffs respectfully move the Court to issue an Order that (a) finds Defendants in contempt; (b) authorizes the seizure of any shirts violating this Court's Permanent Injunction and Judgment; and (c) provides compensatory and coercive contempt sanctions against Defendants in the form of: (i) a reasonable royalty and disgorged profits from Defendants' sales dating back to this Court's entry of the Permanent Injunction; (ii) a trebling of Defendant's profits and/or a coercive fine to ensure Defendants' future compliance with the Permanent Injunction and Judgment; and (iii) KU's reasonable attorneys' fees and costs associated with bringing this

{K0308468.DOC; 1}

contempt motion. This Order is necessary to remedy the irreparable ongoing harm being caused by the sale of Defendants' contemptuous and infringing shirts, despite this Court's clear directives for Defendants to cease such sales. In support of this Motion, Plaintiffs concurrently file a Memorandum in Support and the Declaration of Christopher Jones.

Respectfully submitted,

s/ Douglas M. Greenwald
Douglas M. Greenwald #12211
McANANY, VAN CLEAVE & PHILLIPS, P.A.
707 Minnesota Avenue, Fourth Floor
P.O. Box 171300
Kansas City, KS 66117
Phone: (913) 371-3838
Fax: (913) 371-4722

R. Charles Henn Jr. (Admitted *pro hac vice*)
Alicia Grahn Jones (Admitted *pro hac vice*)
KILPATRICK STOCKTON LLP
1100 Peachtree Street
Suite 2800
Phone: (404) 815-6500
Fax: (404) 815-6555

Attorneys for University of Kansas
and Kansas Athletics Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on December 16, 2008, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to the following:

Mr. Arthur E. Palmer, apalmer@goodellstrattonlaw.com
Mr. Cody G. Robertson, crobertson@goodellstrattonlaw.com
James W. Tilly, jtilly@tilly.com

Attorneys for Defendants

/s/ Douglas M. Greenwald